Frank G. Hoffman and Another, as Administrators de Bonis Non of Joseph Hudson, Deceased, Respondents, v. The Delaware and Hudson Company, Appellant.— Motion granted.

In the Matter of Application of John Hilderbrand, Appellant, to Remove John E. Cole, as Commissioner of Public Safety of the City of Schenectady, N. Y., Respondent.— Final order and judgment unanimously affirmed, with costs to the respondent.

In the Matter of the Petition of Eva A. MacNeil, as Administratrix, etc., of Rufus R. MacNeil, Deceased, for an Order Requiring Dix W. Smith, as Committee, to Account.— Transferred to the Fourth Department.

Margaret McGovern, as Sole Administratrix, etc., Respondent, v. Lehigh Valley Railroad Company, Appellant.— Motion granted.  Kellogg, J., not sitting.

In the Matter of the Application of William Rusk, Respondent, for a Writ of Certiorari Directed to the Public Service Commission, Second District, Appellant.— Order reversed, with ten dollars costs and disbursements, and writ of certiorari denied, without costs, upon the ground that the relator's only remedy was by appeal under section 91 of the Railroad Law.*  All concurred, except Lyon, J., dissenting.

Jennie P. Skelton, as Administratrix, etc., Respondent, v. Lehigh Valley Railroad Company, Appellant.— Transferred to Fourth Department.

Joanna E. Smith, Respondent, v. Bridget M. Smith, as Administratrix, etc., of Patrick Feenan, Deceased, Impleaded with Hugh W. Feenan and

---

* See Consol. Laws, chap. 49 (Laws of 1910, chap. 481), § 91, as amd. by Laws of 1911, chap. 141, and Laws of 1913, chaps. 354, 744; since amd. by Laws of 1914, chap. 378.— [REP.